**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RIZALINA SMITH,<br><br>     Plaintiff,<br><br>vs.<br><br>RESMAE MORTGAGE CORPORATION; AMERICA'S SERVICING COMPANY; NATIONAL DEFAULT SERVICING, CORPORATION,<br><br>     Defendants. | 2:10-CV-00401-PMP-RJJ<br><br>**ORDER** |

    Before the Court for consideration are Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and Motion to Expunge Lis Pendens (Doc. #4), filed on March 30, 2010, and Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and Motion to Expunge Lis Pendens (Doc. #6) filed March 30, 2010.

    On March 31, 2010, the Court entered an Order (Doc. #5) advising Plaintiff of the requirement of a timely response be filed to Defendants' motions. To date, no response of any kind has been filed by Plaintiff, and Defendants have filed a Notice of No Opposition (Doc. #10 and #11).

///

///

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and Motion to Expunge Lis Pendens (Doc. #4), Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment and Motion to Expunge Lis Pendens (Doc. #6) are hereby **GRANTED** and that judgment is entered in favor of Defendants and against Plaintiff Rizalina Smith.

DATED:  April 28, 2010.

_____
PHILIP M. PRO
United States District Judge